UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:19-40573
Chapter 13
Hon: RANDON

Kathleen Jobbit

                    Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
ecfbk@leducfrank.com,
Leduc Frank
Attorney for Creditor
P.O. Box 2191
Royal Oak, MI 48068
248-268-2224

Robert W. Bishop
24405 Gratiot Ave
Suite 201
Eastpointe, MI 48021
586-775-0600
_____/

## STIPULATION RESOLVING MOTION TO LIFT THE AUTOMATIC STAY

IT IS HEREBY STIPULATED between the parties herein, that in resolution of the motion for relief from the automatic stay, the stay shall be modified as to Creditor, Cornerstone Community Financial Credit Union, said creditor having validly secured claims in the 2013 Volkswagen CC:

IT IS FURTHER STIPULATED that the Debtor shall file a plan modification within 21 days of the entry of this Order or the stay shall be lifted as to the 2013 Volkswagen CC.

IT IS FURTHER STIPULATED that in the event that debtor(s) fails(s) to maintain plan payments commencing with payments due on or after November 3, 2020, Creditor may submit a notice of Default, served upon debtor and debtor's counsel and permitting 21 days from the service of the notice in which to cure any and all defaults. If debtor(s) fails to cure the default after having been provided with notice under the provisions of this order, then the Creditor may submit an Order of Lift of Stay to the Bankruptcy Court along with an affidavit attesting to a failure to maintain payments, and the stay shall be lifted without a further hearing, or notice.

IT IS FURTHER ORDERED that this Order shall be effective despite any conversion of the case to another chapter of Title 11 of the United States Bankruptcy Code.

Dated: November 3, 2020

\_\_/s/\_ Andrijana Vujic\_\_
Andrijana Vujic P69082
24405 Gratiot Ave
Suite 201
Eastpointe, MI 48021
586-775-0600

/s/ Christopher E. Frank
CHRISTOPHER FRANK (P67169)
ecfbk@leducfrank.com,
Attorney for Creditor
P.O. Box 2191
Royal Oak, MI 48068
248-268-2224
chrisf@leducfrank.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:19-40573
Chapter 13
Hon: RANDON

Kathleen Jobbit
        Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
ecfbk@leducfrank.com,
Leduc Frank
Attorney for Creditor
P.O. Box 2188
Royal Oak, MI 48068
248-268-2224

Andrijana Vujic
24405 Gratiot Ave
Suite 201
Eastpointe, MI 48021
586-775-0600
_____/

## ORDER RESOLVING MOTION TO LIFT THE AUTOMATIC STAY

IT IS HEREBY ORDERED between the parties herein, that in resolution of the motion for relief from the automatic stay, the stay shall be modified as to Creditor, Cornerstone Community Financial Credit Union, said creditor having validly secured claims in the 2013 Volkswagen CC:

IT IS FURTHER ORDERED that the Debtor shall file a plan modification within 21 days of the entry of this Order or the stay shall be lifted as to the 2013 Volkswagen CC.

IT IS FURTHER ORDERED that in the event that debtor(s) fails(s) to maintain plan payments commencing with payments due on or after November 3, 2020, Creditor may submit a notice of Default, served upon debtor and debtor's counsel and permitting 21 days from the service of the notice in which to cure any and all defaults. If debtor(s) fails to cure the default after having been provided with notice under the provisions of this order, then the Creditor may submit an Order of Lift of Stay to the Bankruptcy Court along with an affidavit attesting to a failure to maintain payments, and the stay shall be lifted without a further hearing, or notice.

IT IS FURTHER ORDERED that this Order shall be effective despite any conversion of the case to another chapter of Title 11 of the United States Bankruptcy Code.

  Exhibit A