UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:  Chapter 13
19-40573-MAR

Kathleen L. Jobbitt aka Kathleen L. Armendariz  Judge Randon

Debtor(s)

_____/

## NOTICE OF DEFAULT

Nationstar Mortgage LLC d/b/a Mr. Cooper, by its counsel, Schneiderman & Sherman P.C., notifies you that one or more defaults have occurred pursuant to the Order Pursuant to Stipulation Resolving Nationstar Mortgage LLC d/b/a Mr. Cooper`s Motion for Relief from Automatic Stay & to Waive the Provisions of F.R.B.P. 4001(a)(3) entered by this Court on July 26, 2021; that pursuant to the terms of said Order, the Debtor has defaulted as to the following terms of said stipulation:

That should the Debtor default in any future payments to Trustee, Creditor may file with the Court and serve upon the Debtor, Debtor`s counsel, and the Chapter 13 Trustee, a Notice of Default; that in the event that the Default, including any payments that come due after the Notice of Default is filed, is not then cured 100 percent on the Trustee`s records within 30 days from the date of service of said Notice, Creditor may submit an Order Granting Relief from the Automatic Stay to the Court, and Relief from the Automatic Stay shall be granted as to Creditor regarding the property located at 1304 Palmer Ct., Port Huron, MI 48060, without further notice, motion or hearing being required.

That as of December 16, 2021, the Trustee's records reflect a plan payment delinquency of $3,600.00 since the date the Order Pursuant to Stipulation Resolving Nationstar Mortgage LLC d/b/a Mr. Cooper's Motion for Relief from Automatic Stay & to Waive the Provisions of F.R.B.P. 4001(a)(3) was entered by this Court on July 26, 2021.

As such, Creditor hereby submits this Notice of Default to this Court, Debtor, and Debtor's Counsel.

Dated: 12/16/2021

By: /S/ Michael P. Hogan_____
Michael P. Hogan, (P63074)
mhogan@sspclegal.com
Attorney For Nationstar Mortgage LLC d/b/a
Mr. Cooper
23938 Research Drive
Suite 300
Farmington Hills, MI 48335
248.539.7400

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:          Chapter 13
         19-40573-MAR

Kathleen L. Jobbitt aka Kathleen L. Armendariz      Judge Randon

Debtor(s)
_____/

**PROOF OF SERVICE**

    I hereby certify that on the 16th day of December, 2021, I electronically filed the foregoing Notice of Default, with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Krispen S. Carroll          Robert W. Bishop
719 Griswold          24405 Gratiot Ave.
Suite 1100          Eastpointe, MI 48021
Detroit, MI 48226

And I hereby certify that I have mailed by United States Postal Service the Notice of Default to the following non-ECF participants:

Kathleen L. Jobbitt aka Kathleen L. Armendariz
630 N. Church Street
Tupelo, MS 38804

I certify under penalty of perjury that the foregoing is true and correct.

Execution on: 12/16/2021          /S/ Michael P. Hogan
         Michael P. Hogan, (P63074)
         mhogan@sspclegal.com
         Attorney for Nationstar Mortgage LLC d/b/a
         Mr. Cooper
         23938 Research Drive
         Suite 300
         Farmington Hills, MI 48335
         248.539.7400